DOCKET NO.: 613776-A

| | | |
|---|---|---|
| ABNER HAYNES, JR. | * | 1ST JUDICIAL DISTRICT COURT |
| | * | |
| VS. | * | DIVISION: _____ |
| | * | |
| NORTHBRIDGE GENERAL | * | |
| INSURANCE COMPANY, 9272- | * | PARISH OF CADDO |
| 5233 QUEBEC, INC. D/B/A | * | |
| CJ TRANSPORT AND | * | |
| SERGII SOKOLOV | * | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes ABNER HAYNES, JR. (herein referred to as "Petitioner"), a person of full age of majority and resident of Leon County, Texas, who respectfully avers:

1.

Made Defendant here is NORTHBRIDGE GENERAL INSURANCE COMPANY, a foreign insurance company whose principal place of business is 105 Adelide Street West, Toronto, ON M5H IP9 CA, which may be served via Long Arm Statute, 13:3201 *et seq,* and pursuant to the requirements of Article 5 of the Hague Convention. ***Plaintiff requests citation be issued and service of process upon this Defendant through Louisiana Long Arm Statute La. R.S. 13:3201.***

2.

Made Defendant herein is 9272-5233 QUEBEC, INC. D/B/A CARGO JUNCTION TRANSPORT F/D/B/A CJ TRANSPORT, a foreign corporation, organized and existing under the laws of Canada, but doing business in the United States, including the state of Louisiana and/or who travels through Louisiana and whose principal place of business is listed as 1991 Montee Labossiere, Vaudreuil Dorion, QC J7V 8P2. Quebec, Inc is an interstate trucking carrier registered to engage in interstate commerce throughout the United States with the United States Department of Transportation. Quebec, Inc may be served via Long Arm Statute, 13:3201 *et seq,* and pursuant to the requirements of Article 5 of the Hague Convention. ***Plaintiff requests citation be issued and service of process upon this Defendant through Louisiana Long Arm Statute La. R.S. 13:3201.***

7891 Wehre + Associates

EXHIBIT A

3.

Made Defendant herein is SERGII SOKOLOV, upon information and belief, a person of the full age of majority and resident of Montreal QC, who resides at 5100 Rue Dudemine 209, Montreal, QC H4J IN8 and who may be served via Long Arm Statute, 13:3201 *et seq*, and pursuant to the requirements of Article 5 of the Hague Convention. *Plaintiff requests citation be issued and service of process upon this Defendant through Louisiana Long Arm Statute La. R.S. 13:3201.*

4.

This court possesses personal jurisdiction over the Defendants because they have availed themselves to the jurisdiction of this Honorable Court, personally or through its agents, by committing a tortious act within the State of Louisiana and by conducting and engaging in substantial business and other activities in Louisiana by transporting goods and products in this State.

5.

Venue is proper in Caddo Parish pursuant to La. Code Civ. Proc. Art. 74 because the accident occurred in Caddo Parish, Louisiana.

6.

Defendants are indebted jointly, severally, and *in solido* for their negligent acts and omissions described below.

7.

On or about January 15, 2018, Petitioner, Abner Haynes, Jr., was sleeping in the sleeper berth of his 2012 Freightliner Cascadia with pneumatic tanker attached, parked in the Flying J Travel Center in Greenwood, Louisiana, when suddenly and without warning, a flatbed truck owned by Quebec, Inc. d/b/a CJ Transport (herein Quebec, Inc.), US DOT number 2798280, and being driven by Defendant, Sergii Sokolov, crashed into the rear of the Petitioner's vehicle. The impact caused Mr. Haynes to fly out of his sleeper berth causing injury to Mr. Haynes.

8.

Defendant, Northbridge General Insurance Corporation (herein "Northbridge"), issued a policy of insurance to Quebec, Inc. covering losses alleged herein. Pursuant to such insurance

contract, Northbridge is solidarily bound with Quebec, Inc. and Sergii Sokolov, and any and all of its permissive users/insureds for all damages adjudged herein. Pursuant to the terms of said insurance contract, Northbridge did agree to stand in judgment jointly, severally and *in solido* with defendants, Quebec, Inc. and Sergii Sokolov and any damages adjudged herein.

9.

Defendant, Sergii Sokolov owed Petitioner a duty of care to exercise all reasonable prudence and care expected of an operator of large commercial motor vehicles. Defendant, Sergii Sokolov, breached such duty and was negligent and at fault for the subject motor vehicle collision in the following non-exclusive particulars:

a. failure to keep a proper lookout;

b. failure to maintain control of his vehicle;

c. failure to avoid collision with a parked vehicle and stop at a safe distance between the Petitioner's vehicle;

d. operating the vehicle in an inattentive and distracted manner;

e. failure to do that which should have been done so as to avoid the collision set forth herein; and

f. other acts and/or omissions that will be proven at trial.

10.

Defendant, Quebec, Inc. is vicariously liable for the negligent acts and omissions of its employee Sergii Sokolov pursuant to the doctrine of Respondeat Superior and/or Agency.

11.

Defendant, Quebec, Inc., as a professional trucking company, owed Petitioner a high standard of care to exercise all reasonable prudence and care expected of a trucking company, and Quebec, Inc. breached such duty and was negligent or at fault for the subject motor vehicle collision in the following non-exclusive particulars:

a. Negligent failure to adequately train and supervise driver, Sergii Sokolov;

b. Negligent failure to adopt and implement appropriate policies and procedures governing the hiring, training, and supervision of drivers;

c. other acts and/or omissions that will be proven at trial.

12.

Defendants' negligent acts and omissions, singularly and collectively, foreseeably, directly, and proximately caused Abner Haynes, Jr. to suffer general and special damages in the following non-exclusive particulars:

a. Past medical bills and expenses;

b. Future medical bills and expenses;

c. Past loss of wages;

d. Future loss of earning capacity past;

e. Past and future physical injury, pain and suffering;

f. Past and future mental and emotional anguish, anxiety, frustration, aggravation, worry and depression;

g. Past and future physical and mental impairment;

h. Past and future loss of enjoyment of life and other hedonic damages;

i. Other damages, past, present and future, as the evidence may show and the law may allow.

13.

Petitioner requests a trial by jury.

**PRAYER**

WHEREFORE, Petitioner prays that Defendants be cited to appear and answer herein and that after trial on the merits, Petitioner has judgment in his favor and recovers against Defendants the relief requested above, together with the costs of suit, all legal interest, and such other and further legal, equitable, and just relief to which Petitioner may show himself justly entitled.

Respectfully submitted:

Scott Webre, #27322
Whitney S. Kerd, #36313
Webre & Associates
2901 Johnston Street
Suite 307
Lafayette, Louisiana 70503
(337) 237-5051
(337) 237-5061 – facsimile

***ATTORNEYS FOR PETITIONER***

PLEASE SERVE THE DEFENDANTS AS REQUESTED ABOVE

# WEBRE & ASSOCIATES

2901 JOHNSTON STREET • SUITE 307
LAFAYETTE, LOUISIANA 70503
www.webreandassociates.com
T 337.237.5051/ F 337.237.5061

*PERSONAL INJURY LITIGATION • LOUISIANA / TEXAS*

Scott Webre
scott@webreandassociates.com

Whitney S. Ikerd
whitney@webreandassociates.com

January 11, 2019

Mike Spencer
Caddo Parish Clerk of Court
501 Texas Street, Room 103
Shreveport, Louisiana 71101-5401

> Re: *Abner Haynes vs. Northbridge General Insurance Company, et al;* Docket No. 613,776, Division A, Parish of Caddo, State of Louisiana

Dear Clerk:

Please find enclosed original and four (4) copies of Plaintiff's Petition for Damages, Request for Written Notice and Louisiana Civil Case Reporting Form fax filed January 10, 2019. Please file the original pleadings into the record of this matter, serve the defendants as indicated, and return a conformed copy to this office.

Also enclosed, please find Fax Receipt and check payable to Caddo Parish Clerk of Court in the amount of $600.00 to cover the cost of filing fee which includes transmission fee.

Pursuant to LSA CCP Art. 1572, you are requested to give a written notice by mail ten (10) days in advance of the date fixed for trial on the merits thereof. You are requested to send me, immediately, notice of all Orders or Judgments, whether interlocutory or final, made or rendered in this case upon the rendition as provided by LSA – CCP Arts. 1913 and 1914, including Notice of Judgment in the event this case be taken under advisement or if the Judgment is not signed at the conclusion of the trial.

Thank you for your assistance.

Sincerely,

Whitney S. Ikerd

WSI/hjt
Enclosure

# MIKE SPENCE
# CADDO PARISH
# CLERK OF COURT

SCANNED

Caddo Parish Courthouse
501 Texas Street, Room 103
Shreveport, LA 71101-5408



PLEASE LIST ALL DEFENDANTS AND SERVICE ADDRESSES ON SIGNATURE PAGE FOR CLERK TO BETTER PREPARE SERVICE.
THANK YOU

TO _____
FROM _Yowt?_____

**FAX RECEIPT**

**ESTIMATED FILING FEE INCLUDING FAX**  $ 600.⁰⁰

▶ *PLEASE ATTACH TO FRONT PAGE OF*
▶ *ORIGINAL PLEADING OR YOUR ORIGINAL*
▶ *SUIT MAY NOT BE FILED TIMELY*
▶ *PLACE NEW SUIT NUMBER ON ALL PLEADINGS*

THE SUIT NUMBER ASSIGNED TO THIS CASE IS  613,776:A

### FAX LAW – Amended by Act 109, 2016

**860. Facsimile transmission; filings in civil actions; fees; equipment and supplies**

A. Any document in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time the facsimile transmission is received by the clerk of court. No later than on the first business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and effect as filing the original document, if the filing party complies with Subsection B of this section.

B. Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the following shall be delivered to the clerk of court:
   (1) The original document identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. A document not identical to the facsimile filing or which includes pages not included in the facsimile filing shall not be considered the original document.
   (2) The fees for the facsimile filing and filing of the original document stated on the confirmation of receipt, if any.
   (3) A transmission fee of five dollars.

C. If the filing party fails to comply with any of the requirements of Subsection B of this section, the facsimile filing shall have no force or effect. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

Act 1991, No. 483, Acts 1995, No. 1118, Acts 2012, No 826, Acts 2016, No. 109.

## ★ ★ ATTENTION FILING CLERK ★ ★
## THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.
## FILE IMMEDIATELY

01/11/2019 08:50 Caddo Clerk of Court (FAX)3182279080 P.002/002
JAN/10/2019/THU 05:06 PM Webre & Associates FAX No. 337-237-5061
SCANNED

DOCKET NO.: 613,776 - A

| | | |
|---|---|---|
| ABNER HAYNES, JR. | * | 1ST JUDICIAL DISTRICT COURT |
| | * | |
| VS. | * | DIVISION: _____ |
| | * | |
| NORTHBRIDGE GENERAL | * | |
| INSURANCE COMPANY, 9272- | * | PARISH OF CADDO |
| 5233 QUEBEC, INC. D/B/A | * | |
| CJ TRANSPORT AND | * | |
| SERGII SOKOLOV | * | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes ABNER HAYNES, JR. (herein referred to as "Petitioner"), a person of full age of majority and resident of Leon County, Texas, who respectfully avers:

1.

Made Defendant here is NORTHBRIDGE GENERAL INSURANCE COMPANY, a foreign insurance company whose principal place of business is 105 Adelide Street West, Toronto, ON M5H IP9 CA, which may be served via Long Arm Statute, 13:3201 *et seq*, and pursuant to the requirements of Article 5 of the Hague Convention. *Plaintiff requests citation be issued and service of process upon this Defendant through Louisiana Long Arm Statute La. R.S. 13:3201.*

2.

Made Defendant herein is 9272-5233 QUEBEC, INC. D/B/A CARGO JUNCTION TRANSPORT F/D/B/A CJ TRANSPORT, a foreign corporation, organized and existing under the laws of Canada, but doing business in the United States, including the state of Louisiana and/or who travels through Louisiana and whose principal place of business is listed as 1991 Montee Labossiere, Vaudreuil Dorion, QC J7V 8P2. Quebec, Inc is an interstate trucking carrier registered to engage in interstate commerce throughout the United States with the United States Department of Transportation. Quebec, Inc may be served via Long Arm Statute, 13:3201 *et seq*, and pursuant to the requirements of Article 5 of the Hague Convention. *Plaintiff requests citation be issued and service of process upon this Defendant through Louisiana Long Arm Statute La. R.S. 13:3201.*

W. IKerd-
7891

FAX FILED
JAN 11 2019
TORI HAYES
DEPUTY CLERK OF COURT

# WEBRE & ASSOCIATES

2901 JOHNSTON STREET • SUITE 307
LAFAYETTE, LOUISIANA 70503
www.webreandassociates.com
T 337.237.5051/ F 337.237.5061

*PERSONAL INJURY LITIGATION • LOUISIANA / TEXAS*

Scott Webre
scott@webreandassociates.com

Whitney S. Ikerd
whitney@webreandassociates.com

January 10, 2019

*Via fax 318-227-9080*
Mike Spencer
Caddo Parish Clerk of Court
501 Texas Street, Room 103
Shreveport, Louisiana 71101-5401

    Re:    *Abner Haynes vs. Northbridge General Insurance Company, et al;* NEW FILING,
             1st Judicial District Court, Parish of Caddo, State of Louisiana

Dear Clerk:

    Please find enclosed Plaintiffs' Petition for Damages, Request for Written Notice and completed Louisiana Civil Case Reporting form for fax filing.

    We are filing the above pleading via facsimile pursuant to the provisions of Louisiana Revised Statue 13:850. Upon receipt of your fax confirmation reflecting the amount due for fax filing, I will forward the original pleading and copies along with my firm's check, within the days allowed by law, under separate cover letter.

    Thank you for your assistance.

Sincerely,

Whitney S. Ikerd

SW/hjt
Enclosure

sharonn  CPCC.CV.878595

# Long-Arm Citation

ABNER HAYNES JR  
VS  
NORTHBRIDGE GENERAL INSURANCE COMPANY, ET AL

NO. 613776 – A  
STATE OF LOUISIANA  
PARISH OF CADDO

FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO: NORTHBRIDGE GENERAL INSURANCE COMPANY

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date January 28, 2019.

*Also attached are the following:  
\_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS  
\_\_\_\_\_ INTERROGATORIES  
\_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS  
\_\_\_\_\_

**MIKE SPENCE, CLERK OF COURT**

By: _____
Deputy Clerk

_____WHITNEY S IKERD_____  
Attorney

**FILE COPY**

debbies

CPCC.CV.992099

# Long-Arm Citation

ABNER HAYNES JR
VS
NORTHBRIDGE GENERAL INSURANCE
COMPANY, ET AL

NO. 613776 – A
STATE OF LOUISIANA
PARISH OF CADDO

FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:    9272-5233 QUEBEC,NC. DBA CCARGO JUNCTION
TRANSPORT FDBA CJ TRANSPORT

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date March 14, 2019.

*Also attached are the following:

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS

**MIKE SPENCE, CLERK OF COURT**

By: _____

Deputy Clerk

_____SCOTT WEBRE_____

Attorney

# FILE COPY

PGS \_\_\_\_\_ EXH \_\_\_\_\_ MIN \_\_\_\_\_
CC _2_ CR_20_ MAIL _2_ N/J \_\_\_\_\_
INDEX \_\_\_\_\_ REC \_\_\_\_\_ FAX \_\_\_\_\_
W/D DOC \_\_\_\_\_ CERT MAIL \_\_\_\_\_
SERVICE \_\_\_\_\_



FILED
MAR 1 5 2019
TORI HAYES
DEPUTY CLERK OF COURT

debbies

CPCC.CV.992107

# Long-Arm Citation

ABNER HAYNES JR
VS
NORTHBRIDGE GENERAL INSURANCE
COMPANY, ET AL

NO. 613776 – A
STATE OF LOUISIANA
PARISH OF CADDO

FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:     SERGII SOKOLOV

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date March 14, 2019.

*Also attached are the following:

\_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS

\_\_\_\_\_ INTERROGATORIES

\_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS

\_\_\_\_\_

**MIKE SPENCE, CLERK OF COURT**

By: _____

Deputy Clerk

_____SCOTT WEBRE_____
Attorney

**FILE COPY**

DOCKET NO.: **613776**

| ABNER HAYNES, JR. | * | 1ST JUDICIAL DISTRICT COURT |
| --- | --- | --- |
| | * | |
| VS. | * | DIVISION: **A** |
| | * | |
| NORTHBRIDGE GENERAL | * | |
| INSURANCE COMPANY, 9272- | * | PARISH OF CADDO |
| 5233 QUEBEC, INC. D/B/A | * | |
| CJ TRANSPORT AND | * | |
| SERGII SOKOLOV | * | STATE OF LOUISIANA |

### REQUEST FOR WRITTEN NOTICE

COMES NOW, Petitioner, ABNER HAYNES, JR. , who requests written notice of all trial dates, pre-trial conferences, trials of motions, rules, exceptions, and any and all judgments, reasons for judgment, whether final or interlocutory, pertaining to the captioned cause of action, mover hereby avails itself of those Articles of the Louisiana Code of Civil Procedure pertaining thereto and request written notice for all matters to which they are entitled under the Louisiana Code of Civil Procedure.

Lafayette, Louisiana, this 10th day of January, 2019.

Respectfully submitted:

Scott Webre, #27322
Whitney S. Ikerd, #36313
Webre & Associates
2901 Johnston Street
Suite 307
Lafayette, Louisiana 70503
(337) 237-5051
(337) 237-5061 – facsimile

*ATTORNEYS FOR PETITIONER*

2891

PGS___ EXH___ MIN___
CC___ CP___ MAIL___ N/J___
INDEX___ REC___ FAX___
W/D DOC___ CERT MAIL___
SERVICE___

$_____ FILED
JAN 25 2019
CULVIN ROBERSON
CADDO DEPUTY CLERK OF COURT